**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Scott D. RICKETTSON, Defendant—
Appellant.**

**No. 05–30569.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 6, 2006 *.

Filed Nov. 15, 2006.

Carl E. Rostad, Esq., USGF–Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

David Merchant, Esq., Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Scott D. Rickettson, Lisbon, OH, pro se.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, McKEOWN, and GOULD, Circuit Judges.

## MEMORANDUM **

Scott D. Rickettson appeals from the 36–month sentence imposed after his guilty-plea conviction for devising a scheme to defraud the government, in violation of 18 U.S.C. § 1343; theft of money by a federal employee, in violation of 18 U.S.C. § 654; theft of government property, in violation of 18 U.S.C. § 641; two counts of forgery of a government obligation or contract, in violation of 18 U.S.C. § 495; and three counts of submitting false claims, in violation of 18 U.S.C. § 287. We have jurisdiction pursuant to 28 U.S.C. § 1291.

A review of the record—including the district court's express consideration of the factors in 18 U.S.C. § 3553(a)—convinces us that the sentence is not unreasonable. *See United States v. Plouffe*, 445 F.3d 1126, 1131 (9th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).